RECEIVED
OCT 11 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| IN RE: NEW IBERIA TRAIN DERAILMENT LITIGATION | CONSOLIDATED FILE<br>CIVIL ACTION NUMBER: 00-1097<br>JUDGE DOHERTY<br>MAGISTRATE JUDGE HILL |

## **ORDER**

A document containing two titles – "Motion for Decree Against Defendant and Against Order and Final Judgment Made 8/8/05, Mailed 8/11/05, and Received 8/13/05" and "Motion for Default Entry Against the Defendants and Amendments to the Claims for Relief" – has been filed in the captioned matter, notwithstanding this Court's entry of a Final Judgment recognizing the final resolution of all claims herein and dismissing this matter in its entirety. The document requests issuance of a decree and/or entry of a default against the defendant, in amounts which vary from $440,000 to $10,000,00; it does not, however, contain any justification for entry of a judgment against the defendants, nor for entry of a default judgment.

The document was filed by Ethel Taylor, Peggy L. Gerac, Anna Lawson, and Frances Green, four plaintiffs who have been proceeding *pro se* in this matter for over two years despite the suggestion, made repeatedly by this Court, that they should retain counsel to represent their interests in this matter due to the extreme complexity of the substantive issues and procedural posture of the case. In response to the many documents filed by these movants, this Court has repeatedly and closely reviewed the record looking for information which might shed light on their objections and concerns and repeatedly demanded, of both the Special Master and Plaintiffs' Liaison Counsel,

extraordinary assistance in ascertaining whether the movants' interests have been addressed in an unfair or prejudicial manner. Despite the movants' filing of numerous motions over the past two years, numerous pleadings of undetermined nature, and two appeals to the Fifth Circuit, as well as this Court's extraordinary effort to ensure their interests were not being harmed unnecessarily by the fact that they are not lawyers, they have not identified *any* serious problem with the claims process established by the Court and implemented by Special Master Juneau, nor have they presented *any* request for relief which has been found to have merit. Moreover, at least one of the movants has now voluntarily accepted her allocation from the Settlement Fund, an act which, by definition, incorporates a voluntary relinquishment of all claims.

Notwithstanding these facts, the movants continue to file pleadings, motions, and documents which are of questionable relevance and, more importantly, request relief to which they are not entitled, either substantively or procedurally. It has now become apparent that the movants (a) will not retain counsel to evaluate their complaints and present them in a proper procedural manner and (b) have no intention of ceasing the filing of irrelevant, unmeritorious pleadings and/or motions in this matter. The movants' filings over the past two years have been uniformly unproductive and represent an unsupportable expenditure of this Court's time and resources. On August 8, 2005 this Court issued a Final Judgment thus closing this matter before this Court. Thus, the Clerk of Court is instructed that movants are precluded from any further filings in this matter without first obtaining leave of court to do so. Leave of court to file further pleadings in this matter will not be granted to the movants as this matter is now completed, ***unless they can demonstrate that the pleadings are well-founded, both procedurally and substantively.***

For the foregoing reasons,

IT IS HEREBY ORDERED that the Motion for Decree Against Defendant and the Motion for Default Entry Against the Defendants [Doc. 696] shall be and are DISMISSED.

IT IS HEREBY FURTHER ORDERED that the movants, Ethel Taylor, Peggy Gerac, Anna Lawson, and Frances Green, are hereby PROHIBITED from filing any pleading in this matter without first obtaining leave of Court.

THUS DONE AND SIGNED in Chambers, Lafayette, Louisiana, this 7 day of October, 2005.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE

3